**Efren VALDEZ, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 28981.

Court of Criminal Appeals of Texas.

April 24, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Possessing beer for the purpose of sale in a dry area is the offense; the punishment, a fine of $250.

The record before us contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.